IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CMG MORTGAGE SERVICES, INC., <br><br>　　　　Plaintiff, <br><br>　　v. <br><br>WYMAC CAPITAL, INC., <br><br>　　　　Defendant / | No. C-06-3750 MMC <br><br>**ORDER GRANTING DEFENDANT'S MOTION TO DISQUALIFY LAW FIRM OF ROPERS, MAJESKI, KOHN & BENTLEY AS ATTORNEYS FOR PLAINTIFF; CONTINUING CASE MANAGEMENT CONFERENCE** |

　　　　Before the Court is defendant Wymac Capital, Inc.'s motion, filed July 12, 2006, to disqualify Ropers, Majeski, Kohn & Bentley as attorneys for plaintiff CMG Mortgage Services, Inc. Plaintiff has filed opposition, to which defendant has replied. The matter came on regularly for hearing on September 8, 2006. Michael J. Ioannou of Ropers, Majeski, Kohn & Bentley appeared on behalf of plaintiff. Richard T. Bowles and Mary P. Sullivan of Bowles & Verna LLP appeared on behalf of defendant.

　　　　Having considered the papers filed in support of and in opposition to the motion, as well as the arguments of counsel, and for the reasons stated at the hearing, the Court hereby GRANTS the motion.

　　　　In light of the above, the case management conference is CONTINUED from September 27, 2006 to October 27, 2006, at 10:30 a.m. A joint case management statement shall be filed no later than October 20, 2006.

　　　　**IT IS SO ORDERED.**

Dated: September 8, 2006

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge