1  PAYNE & FEARS LLP
   Attorneys at Law
2  CHARLES M. LOUDERBACK (SBN 88788)
   JAMES T. CONLEY (SBN 224174)
3  One Embarcadero Center, Suite 2300
   San Francisco, CA  94111
4  Tel: (415) 398-7860
   Fax: (415) 398-7863
5
   Attorneys for Plaintiff
6  CMG MORTGAGE SERVICES, INC.

7

8

9                      UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12  CMG MORTGAGE SERVICES, INC., a          CASE NO. C-06-3750
    California corporation
13
                          Plaintiff,         NOTICE OF SUBSTITUTION OF
14                                           COUNSEL AND [PROPOSED] ORDER
         v.
15
16  WYMAC CAPITAL, INC., a California
    corporation,
17
                          Defendant.
18

19

20
    THE COURT AND ALL PARTIES ARE NOTIFIED THAT Plaintiff, CMG MORTGAGE
21
    SERVICES, INC., a California corporation, makes the following substitution of counsel of
22
    record in this action: Charles M. Louderback of PAYNE & FEARS LLP, One Embarcadero
23
    Center, Suite 2300, San Francisco, California 94111, will substitute in place of Michael J.
24
    Ioannou of ROPERS, MAJESKI, KOHN & BENTLEY for Plaintiff, CMG MORTGAGE
25
    SERVICES, INC., a California corporation.
26

27

28

SUBSTITUTION OF COUNSEL                    1
CASE NO. C-06-3750

1   I consent to this substitution.

2   Date: September 20, 2006

3                                                   CMG MORTGAGE SERVICES, INC.
                                                    a California corporation
4

5                                                   By: _____

6                                                   Its President: Christopher M. George

7

8   I accept this substitution.

9   Date: September 15, 2006               PAYNE & FEARS LLP

10

11

12                                          By: _____

13                                              Charles M. Louderback
                                                James T. Conley
                                                Attorneys for Plaintiff
14                                              CMG MORTGAGE SERVICES, INC.
                                                A California corporation

15  I accept this substitution.

16  Date: September 21, 2006

17                                          Michael J. Ioannou
                                            ROPERS, MAJESKI, KOHN & BENTLEY
18

19                                          By: _____

20                                              Michael J. Ioannou
                                                Attorneys for Plaintiff
21                                              CMG MORTGAGE SERVICES, INC.,
                                                a California corporation
22

23

24

25  Doc#: 329283

26

27

28

SUBSTITUTION OF COUNSEL                          2
CASE NO. C-06-3750

1

2

## ORDER

3    Plaintiff, CMG MORTGAGE SERVICES, INC., a California corporation, Substitution of
Counsel is hereby

4        GRANTED.

5

6    DATED: _September, 25, 2006_

7                                          The Honorable Maxine M. Chesney
                                          United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28