1  CHARLES M. LOUDERBACK, Bar No. 88788
2  JAMES T. CONLEY, Bar No. 224174
   PAYNE & FEARS LLP
3  Attorneys at Law
   One Embarcadero Center, Suite 2300
4  San Francisco, CA 94111
   Telephone: (415) 398-7860
5  Facsimile: (415) 398-7863

6  DAVID R. MEDLIN, Bar No. 77417
   MEDLIN & HARGRAVE, P.C.
7  One Kaiser Plaza, Suite 445
   Oakland, CA 94612
8  Telephone: (510) 832-2900
   Facsimile: (510) 832-2945
9
   Attorneys for Plaintiff
10 CMG MORTGAGE SERVICES, INC.

11

12                 UNITED STATES DISTRICT COURT

13     NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

14

15 CMG MORTGAGE SERVICES, INC.,          CASE NO. C-06-3750 (MMC)

16              Plaintiff,               STIPULATION AND [PROPOSED] ORDER
                                         DISMISSING ENTIRE ACTION WITH
17      v.                               PREJUDICE

18 WYMAC CAPITAL, INC., a California
   corporation,
                                         Judge:      Hon. Maxine M. Chesney
19              Defendant.
                                         Trial Date:  None Set
20

21                          STIPULATION

22      It is hereby stipulated by and between Plaintiff CMG Mortgage Services, Inc., on the one

23 hand, and Defendant Wymac Capital, Inc., on the other hand, through their respective counsel, as

24 follows:

25      1.    Plaintiff agrees to a dismissal with prejudice of the entire above-captioned action;

26      2.    Defendant agrees to waive its right to pursue any recovery from plaintiff for any

27 costs or fees it incurred defending against this action; and

28      3.    All parties shall bear their own costs and fees.

STIPULATION AND [PROPOSED] ORDER DISMISSING ENTIRE ACTION WITH
PREJUDICE; CASE NO. C-06-3750 MMC
                                   -1-

1   IT IS SO STIPULATED.

2   DATED: January 15, 2007          PAYNE & FEARS L.L.P.

3

4                                    By: _____

5                                    CHARLES M. LOUDERBACK
                                     JAMES T. CONLEY
6                                    Attorneys for Plaintiff
                                     CMG MORTGAGE SERVICES,
7                                    INC.

8   DATED: January 11, 2007          MEDLIN & HARGRAVE, P.C.

9

10                                   By: _____

11                                   DAVID MEDLIN,
                                     Attorneys for Plaintiff
12                                   CMG MORTGAGE
                                     SERVICES, INC.

13

14  DATED: January 12, 2007          BOWLES & VERNA, L.L.P.

15

16                                   By: _____

17                                   RICHARD T. BOWLES
                                     MARY P. SULLIVAN
18                                   Attorneys for Defendant
                                     WYMAC CAPITAL, INC.

19

20                           **ORDER**

21      GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the above action is

22  dismissed in its entirety with prejudice, each side to bear their own costs and fees.

23      **IT IS SO ORDERED.**

24

25  Dated: January 16, 2007

26                                   _____

27                                   HON. MAXINE M. CHESNEY
                                     JUDGE OF THE UNITED STATES DISTRICT
28                                   COURT, NORTHERN DISTRICT OF CALIFORNIA

STIPULATION AND [PROPOSED] ORDER DISMISSING ENTIRE ACTION WITH
PREJUDICE; CASE NO. C-06-3750 MMC
-2-